■ The People of the State of New York, Respondent, v Alexander Adams, Appellant. [61 NYS3d 880]—An appeal having been taken to this Court by the above-named appellant from judgments of the Supreme Court, New York County (Bonnie Wittner, J. at suppression hearing; Ronald Zweibel, J. at plea, sentence, and re-sentence), rendered on or about January 8, 2015 and December 7, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgments so appealed from be and the same are hereby affirmed. Concur—Tom, J.P., Renwick, Andrias, Singh and Moulton, JJ.